# Court of Appeals
# of the State of Georgia

ATLANTA,  November 27, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0560.  BASIL R. MINOTT v. STEPHEN J. PRIMM et al.

Plaintiff Basil Minott appeals the trial court's order granting the defendants' motion to dismiss this civil action.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the trial court order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).  Minott's May 25, 2017 notice of appeal is untimely, as it was filed 44 days after entry of the trial court's order on April 11, 2017.  Consequently, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/27/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*